No. 636. EL PUEBLO, APELADO, *v.* PADILLA, APELANTE.— Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en noviembre 7, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

No. 638. EL PUEBLO, APELADO, *v.* ACEVEDO, APELANTE.— Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en noviembre 7, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

No. 49. EX PARTE ALFARO ET AL., PETICIONARIOS.—Solicitud de *habeas corpus* presentado al Juez Asociado Sr. del Toro. Resuelto en noviembre 11, 1913, por medio de opinión emitida por el Juez Asociado Sr. del Toro. Denegada la solicitud. Abogado de los peticionarios: *Sr. Antonio Trujillo.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*